UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBRA SEQUENZIA** ) | **CIVIL ACTION** |
|    Plaintiff ) | **NO. 3:09-CV-1184(MRK)** |
| ) | |
| **v.** ) | |
| ) | |
| **ACADEMY COLLECTION SERVICE, INC.,** ) | |
|    Defendant ) | **OCTOBER 26, 2009** |
| ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), the plaintiff, Debra Sequenzia, through her attorney, and the defendant, Academy Collection Service, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, DEBRA SEQUENZIA**

By: /s/ Daniel S. Blinn
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408  Fax. (860) 571-7457

**DEFENDANT, ACADEMY COLLECTION SERVICE, INC.**

By: /s/ Christopher S. Acquanita
    Christopher S. Acquanita (ct20782)
    Christopher.Acquanita@chartinsurance.com
    Law Offices of Jack V. Genovese II
    200 Glastonbury Boulevard (#301)
    Glastonbury, CT 06033
    Tel. (860) 633-4797; Fax: (860) 633-0694

## **CERTIFICATION**

     I hereby certify that on this 26th day of October, 2009, a copy of foregoing Stipulation of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


       /s/ Daniel S. Blinn
    Daniel S. Blinn